

PSYCHOLOGY & PSYCHIATRY, INC.

68 Cumberland Street, Suite 102
Woonsocket, RI 02895
Phone: (401) 356-1940
Fax:   (401) 356-1949

11/24/2008

Police Department
North Smithfield, RI  02896


Re:     Jason Richer
        7 Mattity Road
        North Smithfield, RI    02895

To Whom it May Concern:

Please be advised that the above referenced individual is a patient in my care. He has requested that I write this letter to support his effort to have his guns returned to him.

Jason has been well know to me as a patient since January of 2004. I feel well qualified to comment on Jason's mental status and ability to withstand stress. In my opinion, Jason is not a danger to himself or others.

I am not aware of any reason why returning his guns to him would pose a risk.

Respectfully,

*[signature]*

John Murphy, Psy.D.
Psychologist
RI License # PS00557
MA License # 6994