11/25/2008

To:                                                                                     From:

Police Department                                                   Tracy L. Richer

575 Smithfield Rd.                                                    7 Mattity Rd.

N. Smithfield RI 02896                                            N. Smithfield RI 02896


Re:     Domestic Call dated 9/28/2008

         Jason Richer

         7 Mattity Rd.

         N. Smithfield RI 02896-9519

To whom it may concern:

The call I placed regarding the possible suicide attempt of my husband the evening of 9/28/2008 was a false alarm. The rescue personnel who arrived on scene were able to verify the medications and dosages Jason tried to take unsuccessfully by looking into the trash can. The pills I had prevented him from swallowing had been spit out and were plainly visible to them for inspection. They were in fact, his regularly scheduled medications in the correct dosages.

Following protocol, the rescue personnel transported my husband to Landmark Medical Center in Woonsocket for a psych evaluation. The hospital emergency professionals took my husband's vitals, asked a few questions of him and then had the rescue personnel verify Jason's account of what he actually tried to take. He was then immediately discharged within a few minutes of arrival at 9:06 pm without further evaluation. I picked him up myself at the hospital and had him back at home a short while later. It was an unfortunate incident but nothing more.

I respectfully ask that you return to him the three firearms you took for safe keeping. It is not necessary that you hold them any further.

I do not believe my husband to be a danger to himself or to others and I am quite comfortable in his being in possession of his firearms here at home. I see no risk in it whatsoever.


Sincerely,

Tracy L. Richer

*[signature]*