Jason A Richer
7 Mattity Rd.
N Smithfield RI 02896
(401) 766-4914

N Smithfield Police Department						12/16/2009
575 Smithfield Rd.
N Smithfield RI 02896


Dear Chief Reynolds,

This letter is written to officially request the release of my weapons taken for safe keeping on 09/28/2008.

Enclosed please find a copy of the N Smithfield Police Department Report and Narrative reference #08/959-OF. Also enclose are two letters, one from my doctor and one from my wife both supporting my request for the release of my three weapons. Please note they are dated 11/24/2008 and 11/25/2008 respectively.

As you can see from the above dates, I have waited over a year under an abundance of caution to make this formal request.

Please be aware that I was not charged with a crime for this incident and there have been no related incidents since.

I would appreciate your prompt attention to this matter, as I wish to take possession of my property and resume hunting as soon as possible.

Pleased be advised that I may be reached at the above mailing address and/or by phone, so that I may arrange a date and time to retrieve my property.

If you not agree to the release, I would appreciate a response in writing and within 30 days so that I may pursue other necessary legal avenues.

I thank you in advance for your courtesy to this matter.

Respectfully,

*[signature]*

Jason A Richer
7 Mattity Rd
N Smithfield, RI 02896