UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON RICHER, : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No. 15-162 |
| JASON PARMELEE as the Finance Director of : | |
| THE TOWN OF NORTH SMITHFIELD, : | |
| TOWN OF NORTH SMITHFIELD, and : | |
| STEVEN E. REYNOLDS in his official : | |
| capacity as Chief of the NORTH SMITHFIELD : | |
| POLICE DEPARTMENT : | |
|     Defendants : | |

## ENTRY OF APPEARANCE

Thomas W. Lyons hereby enters his appearance on behalf of Plaintiff Jason Richer in the above referenced matter.

      /s/ Thomas W. Lyons
      Thomas W. Lyons    #2946
      Strauss, Factor, Laing & Lyons
      One Davol Square, Suite 305
      Providence, RI  02903
      (401) 456-0700

Date:  April 23, 2015

## CERTIFICATION

I hereby certify that on April 23, 2015, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Thomas W. Lyons