

# North Smithfield Police Department
## Incident Report

Page: 1
11/24/2008

**Incident #:** 08-959-OF
**Call #:** 08-7677

Date/Time Reported: 09/28/2008 2310
Report Date/Time: 09/28/2008 2352
Status: No Crime Involved
Involves: Domestic Violence
Reporting Officer: Patrol GREGORY LANDRY
Approving Officer: Sergeant GLENN LAMOUREUX

Signature: _____

### EVENT(S)

LOCATION TYPE: Residence/Home/Apt./Condo    Zone: LAKE BELAIR
7 MATTITY RD
NORTH SMITHFIELD RI 02896

1  VERBAL DOMESTIC/ PSYCHOLOGICAL EVALUATION

### PERSON(S)

1  **RICHER, TRACY L**                PARTICIPANT    F  W  42  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  401-766-4914
   7 MATTITY RD
   NORTH SMITHFIELD RI 02896
   DOB: 07/25/1966
   CONTACT INFORMATION:
   Home Phone         (Primary)    401-766-4914

2  **RICHER, JASON A**                PARTICIPANT    M  W  44  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  401-766-4914
   7 MATTITY RD
   NORTH SMITHFIELD RI 02896
   DOB: 07/08/1964
   CONTACT INFORMATION:
   Home Phone         (Primary)    401-766-4914

### OTHER PROPERTIES

1  **22 CALIBER BOLT ACTION RIFLE**        08-308-PR         Held for Safe Keeping
   QUANTITY: 1          VALUE: $11.00
   SERIAL #: NOT AVAIL
       DATE: 09/28/2008
       Type: RIFLE, BOLT ACTION           Color: BLUE
       Make: RGR                          Caliber: 22
       OWNER: RICHER, JASON A

2  **REMINGTON 1100 SHOTGUN**              08-309-PR         Held for Safe Keeping
   QUANTITY: 1          VALUE: $11.00
   SERIAL #: N101674V
       DATE: 09/28/2008
       Type: SHOTGUN, SEMIAUTOMATIC       Color: BLUE
       Make: REM                          Caliber: 12
       OWNER: RICHER, JASON A

3  **THOMSON CENTER 50 CALIBER BLACK POWDER**  08-310-PR     Held for Safe Keeping
   QUANTITY: 1          VALUE: $11.00
   SERIAL #: 28697
       DATE: 09/28/2008
       Type: RIFLE, PERCUSSION            Color: BLUE
       Make: THM                          Caliber: 50
       OWNER: RICHER, JASON A

**North Smithfield Police Department**  Page: 1
NARRATIVE FOR PATROL GREGORY M LANDRY
Ref: 08-959-OF

| | |
|---|---|
| Entered: 09/28/2008 @ 2238 | Entry ID: GML |
| Modified: 09/28/2008 @ 2326 | Modified ID: GML |
| Approved: 10/03/2008 @ 1906 | Approval ID: GL |

On the reported date and time, Lt. Riccitelli, Ptlm. Amato, Ptlm. Lamoureux, Ptlm. Bergeron and I were dispatched to 7 Mattity Road for a report of a suicidal male by means of pills. Upon arrival, I met with the caller, Tracy Richer while Ptlm. Bergeron met with Jason Richer. Tracy stated that she and her husband Jason Richer, had engaged in a verbal argument about her wanting a divorce from Jason. Tracy further stated that she has tried to ask Jason for a divorce on a couple of occasions and he begs her not to file and to try and work it out. Tracy stated that it was during this argument that Jason became upset then looked at his six year old son, Aidan, and stated "I'm going to bed and I wont get up." I did speak with Aidan who said that his mom and dad were arguing and that his dad put pills in his mouth and told him that he was going to bed and he wasn't getting up. It should be noted that there were two other children on scene during the argument are were identified as Dylan Richer & Colin Richer.

NS Rescue responded to the scene to transport Jason to LMC for evaluation. While on scene, Officers learned that Jason had three guns located upstairs in his workshop. Officers then followed Tracy into the workshop where a 22 caliber rifle, a 12 gauge Remington shotgun and a Thompson Center 50 caliber black powder rifle was seized and held for safe keeping at NSPD HQ's. See 08-308,309,310-PR. All of the guns were made safe and stored in the detectives office.

Prior to clearing the scene, Tracy was given a "victim rights" pamphlet and a "safety plan" pamphlet. A DV/SA reporting form was completed.



# North Smithfield Police Department
## Incident Report

Page: 1
11/24/2008

**Incident #:** 08-959-OF
**Call #:** 08-7677

```
Date/Time Reported: 09/28/2008 2010
  Report Date/Time: 09/28/2008 2052
            Status: No Crime Involved
          Involves: Domestic Violence
 Reporting Officer: Patrol GREGORY LANDRY
 Approving Officer: Sergeant GLENN LAMOUREUX
```

Signature: _____

### # EVENTS(S)

LOCATION TYPE: Residence/Home/Apt./Condo     Zone: LAKE BELAIR
7 MATTITY RD
NORTH SMITHFIELD RI 02896

1  VERBAL DOMESTIC/ PSYCHOLOGICAL EVALUATION

### # PERSON(S)    PERSON TYPE    SEX  RACE  AGE   SSN            PHONE

1  RICHER, TRACY L              PARTICIPANT    F    W    42    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    401-766-4914
   7 MATTITY RD
   NORTH SMITHFIELD RI 02896
   DOB: 07/25/1966
   CONTACT INFORMATION:
   Home Phone          (Primary)    401-766-4914

2  RICHER, JASON A              PARTICIPANT    M    W    44    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    401-766-4914
   7 MATTITY RD
   NORTH SMITHFIELD RI 02896
   DOB: 07/08/1964
   CONTACT INFORMATION:
   Home Phone          (Primary)    401-766-4914

### # OTHER PROPERTIES    PROPERTY #    STATUS

1  22 CALIBER BOLT ACTION RIFLE         08-308-PR         Held for Safe Keeping
   QUANTITY: 1            VALUE: $11.00
   SERIAL #: NOT AVAIL
     DATE: 09/28/2008
     Type: RIFLE, BOLT ACTION            Color: BLUE
     Make: RGR                           Caliber: 22
     OWNER: RICHER, JASON A

2  REMINGTON 1100 SHOTGUN               08-309-PR         Held for Safe Keeping
   QUANTITY: 1            VALUE: $11.00
   SERIAL #: N101674V
     DATE: 09/28/2008
     Type: SHOTGUN, SEMIAUTOMATIC         Color: BLUE
     Make: REM                            Caliber: 12
     OWNER: RICHER, JASON A

3  THOMSON CENTER 50 CALIBER BLACK POWDER    08-310-PR    Held for Safe Keeping
   QUANTITY: 1            VALUE: $11.00
   SERIAL #: 28697
     DATE: 09/28/2008
     Type: RIFLE, PERCUSSION              Color: BLUE
     Make: THM                            Caliber: 50
     OWNER: RICHER, JASON A