AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

Jason A. Richer

*Plaintiff(s)*

v.

Jason Parmelee as the Finance Director of The Town of North Smithfield, The Town of North Smithfield, and Steven E. Reynolds in his official capacity as Chief of the North Smithfield Police Department

*Defendant(s)*

Civil Action No. 15-162

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Steven E. Reynolds in his official capacity as Chief of the North Smithfield Police Department
North Smithfield Police Department
575 Smithfield Road
North Smithfield, RI 02896

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas W. Lyons, Esq.
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **April 23, 2015**

/s/ David A. DiMarzio
**Clerk of Court**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-162

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STEVEN E REYNOLDS IN HIS CAPACITY AS POLICE CHIEF TOWN OF NORTH SMITHFIELD

was received by me on *(date)* 4-30-15

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DAVID IGLIOZZI ESQ, who is designated by law to accept service of process on behalf of *(name of organization)* STEVEN E REYNOLDS IN HIS CAPACITY OF CHIEF OF NORTH SMITHFIELD POLICE DEPT on *(date)* 4-30-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 45 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4-30-15

*Server's signature*

FRANK V CATTAMERO PROCESS SERVER
*Printed name and title*

1405 ATWOOD AVE JOHNSTON, RI
*Server's address*

Additional information regarding attempted service, etc: