UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON RICHER,<br>   *Plaintiff*<br><br>v.<br><br>JASON PARMELEE, as the Finance Director of THE TOWN NORTH SMITHFIELD, TOWN OF NORTH SMITHFIELD, and STEVEN E. REYNOLDS, in his official capacity as Chief of the NORTH SMITHFIELD POLICE DEPARTMENT,<br>   *Defendants* | C.A. No.  15-162 |

## **ENTRY OF APPEARANCE**

  I, Marc DeSisto, Esq. (#2757), hereby enter my appearance on behalf of the defendants, Jason Parmelee, as Finance Director of the Town of North Smithfield, Town of North Smithfield, and Steven E. Reynolds, in his official capacity as Chief of the North Smithfield Police Department.

            Defendants,
            By their attorneys,


            */s/ Marc DeSisto*
            Marc DeSisto, Esq. (#2757)
            DESISTO LAW
            211 Angell Street
            Providence, RI 02906
            (401) 272-4442
            (401) 272-9937 fax
            marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 11th day of May, 2015, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Thomas W. Lyons, Esq. #2946
tlyons@straussfactor.com

Rhiannon S. Huffman, Esq.
rhuffman@straussfactor.com

*/s/ Marc DeSisto*
Marc DeSisto