UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON RICHER,                                    :
      Plaintiff                              :
                                                 :
v.                                               :     C.A. No. 15-162-L-PAS
JASON PARMELEE as the Finance Director of        :
THE TOWN OF NORTH SMITHFIELD,                    :
TOWN OF NORTH SMITHFIELD, and                    :
STEVEN E. REYNOLDS in his official               :
capacity as Chief of the NORTH SMITHFIELD        :
POLICE DEPARTMENT                                :
      Defendants

STIPULATION RESPECTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The parties hereby stipulate that Plaintiff's Motion for Preliminary Injunction, (Dkt. #8), is moot because Defendants have returned Plaintiff's three guns to him.

| Counsel for Plaintiff | Counsel for Defendants |
|---|---|
| /s/ Thomas W. Lyons | Marc DeSisto |
| Thomas W. Lyons          #2946 | Marc Desisto, #2757 |
| Rhiannon S. Huffman, Esq.   #8642 | DeSisto Law Offices |
| RHODE ISLAND AFFILIATE, | 211 Angell Street |
| AMERICAN CIVIL LIBERTIES UNION | Providence, RI 02906 |
| Strauss, Factor, Laing & Lyons | |
| One Davol Square, Suite 305 | |
| Providence, RI  02903 | |

Submitted by:

/s/ Thomas W. Lyons
Thomas W. Lyons          #2946
RHODE ISLAND AFFILIATE,
AMERICAN CIVIL LIBERTIES UNION
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI  02903
(401) 456-0700

Date:  May 27, 2015

## **CERTIFICATION**

     I hereby certify that on May 27, 2015, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by email on Mark Desisto, Esq. counsel for defenants. Parties may access this filing through the Court's CM/ECF system.

                                                     */s/  Thomas W. Lyons*