UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON RICHER,
     *Plaintiff*

v.                                 C.A. No.  15-162

JASON PARMELEE, et al,
     *Defendants*

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On July 3, 2015, Plaintiff filed a motion for partial summary judgment, supported by a thirty (30) page memorandum of law.  Defendants respectfully request a ninety (90) day extension to respond, based on a number of factors.  Primarily, Defendants would like to concentrate their efforts, initially for the purpose of completing settlement discussions before responding to this motion.

At the Rule 16 Conference, not yet scheduled, Defendants intend to request an immediate settlement conference before any discovery commences, if the matter has not yet settled.

WHEREFORE, Defendants respectfully request that the time for responding to Plaintiff's motion for partial summary judgment be extended to October 1, 2015.

                                          Defendants,
                                          By their attorneys,

                                          */s/ Marc DeSisto*
                                          Marc DeSisto, Esq. (#2757)
                                          DESISTO LAW
                                          211 Angell Street
                                          Providence, RI 02906
                                          (401) 272-4442
                                          (401) 272-9937 fax
                                          marc@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 7th day of July, 2015, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Thomas W. Lyons, Esq. #2946
tlyons@straussfactor.com

Rhiannon S. Huffman, Esq.
rhuffman@straussfactor.com

                                                  */s/ Marc DeSisto*
                                                  Marc DeSisto