UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON RICHER

    v.

JASON PARMELEE, ET AL

                                      C.A. 15-162L

NOTICE OF SETTLEMENT CONFERENCE
and
SETTLEMENT CONFERENCE ORDER

The above matter has been referred to Magistrate Judge Patricia A. Sullivan for a settlement conference. **The conference will be held on October 20, 2015 at 2:00 p.m.** It will be held in **room 282**, John O. Pastore Building, Two Exchange Terrace, Providence, Rhode Island. The attorneys who will be lead counsel during the trial of the case shall appear at the Settlement Conference **with the parties and with the person or persons having full authority to negotiate and to settle the case** on any terms at the conference. **On October 5, 2015 at 9:30 a.m., lead counsel for each party shall participate in a brief telephone conference with Magistrate Judge Sullivan** to discuss the posture of the case at that time and the likelihood that the upcoming settlement conference could be productive.

**At least five (5) court days before the Settlement Conference the parties shall exchange, and deliver to Magistrate Judge Sullivan, a Settlement Conference Statement, which should not be filed with the Clerk of the Court.** The Settlement Conference Statement shall include the following:

1. A brief statement of the facts of the case, and of the claims and defenses, i.e., the statutory or other grounds upon which the claims are founded. This statement should identify the major factual and legal issues in dispute.

2. An itemized statement of the damages claimed, and of any other relief sought.

3. A brief summary of the proceedings to date.

4. A history of past settlement discussions, offers and demands. If no discussions have taken place, the Court directs the attorneys to discuss settlement, and exchange demands and offers prior to the settlement conference.

At the settlement conference the parties, by counsel, shall give a brief (5-10 minute) presentation outlining the factual and legal highlights of their case. Confidential caucuses may be held with each party and the party's representative(s).

Any failure of the trial attorneys, parties or persons with authority to attend the conference may result in sanctions to include the fees and costs expended by the other parties in preparing for and attending the conference. Failure to timely deliver a Settlement Conference Statement may also result in sanctions.

ENTER:


  /s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge
September 4, 2015