# EXHIBIT 2

| **LANDMARK MEDICAL CENTER**<br>Landmark Medical Center<br>115 Cass Ave, Woonsocket, RI 02895 | Patient Information<br>RICHER, JASON<br>Phone:<br>Acct: 0827200152<br>Reg: 0000509254 | Treating Provider<br>KIMBERLY KELLEY PA-C<br>115 Cass Ave, Woonsocket, RI 02895<br>Phone: 401 769-4100 | Patient Copy |
|---|---|---|---|

| 1) Your Discharge Instructions: | 2) Your Prescriptions: |
|---|---|
| SELF-DESTRUCTIVE BEHAVIOR #Document: 358 (English) | |

**3) You should Follow Up with:**

| Follow Up Physician: | Follow Up Information |
|---|---|
| YOUR REGULAR PHYSICIAN,<br><br>Phone:<br>Fax: | On 09/28/2008 this patient was treated in the Emergency Department at Landmark Medical Center located at 115 Cass Ave, Woonsocket, RI 02895 for Refer to Discharge list above. The patient was asked to follow up 2 Days. |

I understand that the emergency care which I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician immediately for continued and complete medical diagnosis, care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the referred physician listed above.