UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON RICHER, : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No. 15-162-L-PAS |
| JASON PARMELEE as the Finance Director of : | |
| THE TOWN OF NORTH SMITHFIELD, : | |
| TOWN OF NORTH SMITHFIELD, and : | |
| STEVEN E. REYNOLDS in his official : | |
| capacity as Chief of the NORTH SMITHFIELD : | |
| POLICE DEPARTMENT : | |
|     Defendants : | |

**ASSENTED TO MOTION TO ENLARGE TIME FOR PLAINTIFF TO FILE A REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

All parties who have appeared in this action, through their undersigned counsel, hereby assent pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for an extension of the current time for plaintiff to file a reply to defendants' response to plaintiff's motion for partial summary judgment for a period of seven (7) days, for the reasons set forth herein.

The plaintiff states that the extension is necessary and appropriate as more time is needed to properly reply to defendants' response. The defendants' have agreed to such an extension of time.

**Local Rule CV 7(e) Statement**

The parties do not believe that oral argument is necessary for this Motion, and do not request oral argument.

Date: October 7, 2015

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| ____/s/ Thomas W. Lyons_____ | _____/s/ Marc DeSisto_____ |
| Thomas W. Lyons, Esq.          #2946 | Marc DeSisto, Esq.                    #2757 |
| Rhiannon S. Huffman, Esq.    #8642 | DESISTO LAW |
| STRAUSS, FACTOR, LAING & LYONS | 211 Angell Street |
| One Davol Square, Suite 305 | Providence, RI 02906 |
| Providence, RI 02903 | (401) 272-4442 |
| (401) 456-0700 phone | (401) 272-9937 fax |
| (401) 421-4730 fax | marc@desistolaw.com |
| tlyons@straussfactor.com | |
| rhuffman@straussfactor.com | |