# Welcome

Each year, according to the Town Charter, we are asked to produce a report to update community and business members on the status of our Town. I hope you find this helpful in understanding how your government works for you.

We consider our Town to be a **GREEN COMMUNITY**. We make every effort to follow that philosophy by working with vendors that share the same ideals. We work closely with each business that comes to town to ensure they follow energy efficient plans for new or upgraded construction. We seek to improve our local energy consumption and over the years have successfully secured hundreds of thousands of dollars in grant funding to reduce energy costs in our school and town buildings. We have been recognized on a national level for our efforts and have become the smallest town in the country to be part of the national energy program "Better Buildings Challenge". We have been named by National Grid as an "Energy Champion" for the "Find Your Four" program which educated hundreds of residents on the benefits of lower energy consumption. We have recently joined forces with the R.I. Office of Energy Resources to encourage use of solar panels on residential rooftops. North Smithfield has once again been chosen as the model community to develop new and innovative ways to protect and preserve our environment.  This year finds us approving a Solar Farm in the Branch Village area of town. This otherwise unusable land will now produce energy right here in North Smithfield. We are committed to expanding our efforts and sharing our successes with others and have participated in state-wide seminars on the work that is done in this rural community.

We continue to work with our Federal delegation and others across the state to acquire a National Park designation. This process is now in its final phase and will be completed by 2015. We have received confirmation from the Secretary of the Interior and our Congressional delegation that the village of Slatersville will be included in the newest National Park Service Historic National Park. That very prestigious distinction will allow us to promote and preserve the rich history of our town as the nation's First Planned Mill Village.

We continue to seek funding for and are in the process of having a documentary film produced titled "Slatersville: the First Planned Mill Village," produced by Breaking Branches Productions. This documentary film will highlight our history through interviews and phenomenal cinematography.

We continue to improve the effectiveness of our web site by uploading new forms and information needed by residents and businesses. This saves time and reduces costs involved with printing, preventing delays in obtaining information.

Our residents have been very receptive to the rules of recycling as a way to reduce the tipping fees that the Town pays for trash disposal at the landfill. Residents and businesses have enthusiastically embraced the prospect of becoming the community with the highest recycling rate in the state. As a result of these efforts, the Town received a reduced rate for trash collection as well as a rebate from RI Resource and Recovery of several thousand dollars. It pays to recycle!

Our municipal court continues to provide a local venue for those who have received

1

notification that they must appear in court due to traffic and zoning infractions. We are committed to providing local access to court proceedings. The convenience of having evening court sessions is a practical way to approach the issue.

Each case remanded to the Court is dealt with fairness and professionalism. The local court saves trips to the Rhode Island Traffic Tribunal in Providence and is held during evening hours to accommodate those who work during the day. The Municipal Court fines can be paid at the court or can be paid in person at the North Smithfield Police Department for convenience.

Several new police officers joined the North Smithfield Police Department to protect and serve. We congratulate them on completing the police academy training and wish them success in their work in protecting our citizens. Public safety is in the forefront of our commitment to all residents. With that in mind, we continue to upgrade the police force vehicles, computer software, and are working toward a State Certification for our department to improve how we serve our residents.

The North Smithfield Redevelopment Agency continues to work on the infrastructure and pedestrian improvements to the Branch Village area. On their agenda at this time is the reinvention of the old Tupperware building on Great Road. The location has been cited as a blighted area within the Branch Village redevelopment zone. Currently the NSRA is engaging in a private/public partnership to create more jobs in the northern RI and southeastern MA area.

I continue to work with our colleagues in the House and Senate, as well as with other Mayors, Town Administrators and Town Managers, as part of the inter-municipal agreement that was signed in 2010. We seek ways to share and improve services to our local communities through best practices meetings. As a group we have promoted a unified approach to adopting legislation that improves the quality of life of our citizens. These town relationships further solidify our ability to work together.

The North Smithfield Food Pantry, now housed exclusively at The Slatersville Congregational Church, serves those who fall on hard times. As things change in our community, we identify needs and adapt programming to address methods to care for each other.

This year, the Town budget was scrutinized and designed to continue providing exceptional services for our town and to give our School Department adequate funding without placing an unnecessary burden on taxpayers. The budget was not without controversy as we navigated through the process, but in the end, the residents saw a modest $30 yearly increase in taxes.

We value and uphold the promise of providing open communication and town government through our periodic updates on E-news, press releases, and radio news program and town hall meetings. The feedback we received is used as a guide to how we respond to the needs of those in our community.  Our partnership with residents has become the foundation of this administration.

We continued our work with the Historic District Commission and the Slatersville Historic District. The neighbors in the

district value the historic significance of their homes within the district.



We continue our work and negotiations with Mayor Baldelli-Hunt and other officials in the City of Woonsocket on the upgrades to the water and wastewater systems so our residents are better served without placing any unnecessary burdens on users.
We continue to keep the best interest of our residents in mind.

Our Planning Department has made great strides with improving, developing and certifying the accuracy of our plat and lot maps, working with 911 records for accuracy, assisting with new business ideas, and working collectively with zoning department to streamline commercial and residential permitting processes.

I serve as a Vice President for the League of Cities and Towns which provides for statewide best practices, lobbying and educational opportunities to improve how we serve our residents. The Governor has also appointed me to serve on the Access to Capital Sub-Committee at Commerce RI to review potential lending opportunities for businesses locating in Rhode Island.
Another appointment was to the State Wide Permitting Committee to devise a uniform approach to permitting throughout the state. My goal as Administrator is to continue process improvement in the Town.

We held our 8th annual Great Pumpkin Festival allowing over 5,000 visitors to become part of our town during the crisp fall festival. This signature event continues to grow each year through the efforts of hundreds of volunteers.

 *"North Smithfield-Rich in History and Community Spirit"*.

That says it all! We are proud of our past and looking forward to a bright future.

Thank you for the opportunity to serve you. This truly is a wonderful town!

Paulette D. Hamilton
Town Administrator

# Building Inspection

**Chief Building Inspection:** Robert Benoit
rbenoit@nsmithfieldri.org
(401) 767-2200 x311

Building Secretary
Sue Lecuivre ext. 309

The Building Department is responsible for the enforcement of all State and Local Building Codes. The department also ensures that building activities throughout the Town are in compliance with zoning laws and standards. Building Inspection matters include plumbing, mechanical, electrical and other permits. All permit work receives one or more timely inspections to make certain everything is completed correctly and to code specifications.

Recent Work: We are currently using the 2014 State Building Code.

Permits Issues (During the last year):

Zoning Compliance 68
Building Permits 18
Occupancy Permits 17
Alteration Permits 241
Swimming Pools 17
Signs 8
Electrical Permits 267
Plumbing Permits 68
Mechanical Permits 191

This office works closely with the Zoning Board of Review in processing applications for variances and special use permits. Meetings are held on a monthly basis. They also work with the Town Clerk, Tax Assessor, Tax Collector, Planning, and Water and Wastewater Departments.

# Emergency Management and Homeland Security

**EMA Director :** Peter E. Branconnier, nsema@cox.net
(401) 767-2206 office, 767-2208 info line

The North Smithfield Emergency Management Agency (OEM) and Homeland Security Office (NSHS) provide services for emergencies, including natural and man-made disasters. The EMA's motto is "Always Ready, Always There".

In the spring, the EMA provides road guards to those cleaning up the side of the road for the Town's annual Clean and Green Day, staffing the C&C control point with CERT volunteers, and delivering additional supplies to workers all over town.

The EMA has 12 active volunteer members. All are Red Cross certified in CPR and basic First Aid and traffic control. Some members are now licensed amateur radio operators thanks to trainer Bill Ewan, W1VH.

This Spring 2014, the EMA held a CPR, First Aid, AED and tourniquet refresher class for all officers. We have attended several Homeland Security trainings included terrorist incident response, radiological, biological and chemical detection. The EMA's cyber security team has attended bi-monthly meetings with the RI State Police and several conferences put on by Federal Agencies.

A new deputy has been appointed to replace retiring Jim O'Brien: Deputy Director Major John Wojcik. Wojcik is a retired Woonsocket High School teacher and former Vice Principal of Woonsocket Middle School. As Deputy Director, he will oversee the administrative end of local EMA day-to-day operations.  CERT and Tactical Operations are carried out by Captain Jay Levenson.



Recent work: During FY2013-2014, the EMA coordinated and provided security and traffic control at the annual flu clinic held for North Smithfield Elementary Students.

This year, FY2014, the EMA has participated in smaller unanticipated events primarily to help the emergency

4

departments. These events included a major 5K road race, the annual Pumpkin Festival and the highly popular Clean and Green Day. The department played a major role in parking and traffic control for Pumpkinfest as well as participating in search and rescue training and becoming recertified First Responder Traffic Controllers through a grant provided by the RIEMA. The EMA staffed a Medical Emergency (MEDS) clinic at the North Smithfield High School and an emergency operations center (EOC) located at the Public Safety Center. The EOC is equipped with WEBEOC, the latest internet communications system to maintain contact with the state EOC and all the state agencies on the system. Communications gear both at the EOC and Command Trailer include amateur radio, citizens band class "A", low band VHF, high band VHF, UHF, 800 mhz radio equipment and now FRS, MURS.



Tens of thousands of dollars in Federal and State funds were used to build the RISCON northern system here in North Smithfield and help the local EMA, Fire and School Department with communication efforts through the efforts of Director Branconnier. The system used by many local public safety departments is being maintained by a Federal Grant. Recent upgrades to a new digital repeater will allow many town departments to inter communicate in a major emergency or day to day activities.



In April 2014, RIEMA swore in 21 EMA officers at a ceremony conducted during a Town Council meeting. These are the only sworn, uniformed department officers in Rhode Island. Coming from all walks of life, these men and women volunteer their time and efforts to help the citizens of North Smithfield for events and in time of emergencies. Training, meetings and workshops go on all year so the officers are continually working for the benefit of the Town by learning new skills. At the event, several members were singled out for their contribution to NSEMA including Capt. Jay Levenson and Sgt. Michael Monteiro. Awards for excellence were presented to Capt. Levenson for his work with the CERT Program and Michael Cote for the MEDS Program.

The EMA is currently working with the Red Cross to become part of an emergency member notification system (Purvis) that will contact EMA members using multiple communication routes.

The department's efforts toward outreach include the use of social, television and print media. The EMA is now on Twitter, Facebook and NIXLE. It also uses the local newspapers to both recruit and provide

5

information to area residents on how they can help in an emergency. You can follow us on Twitter during major emergencies by tweeting the EMA a twitter .com/EMANSFLD.

During the year, the nationwide NIXLE reverse 911 system began recruiting town residents for inclusion in a system to notify town residents of any impending emergency by various means such as text, e-mail, and phone.

EMA members are licensed radio amateurs and use that medium for effective disaster communications. The EMA meets once each month (third Wednesday at 7PM at the EOC) to plan and organize. Join us! Applications online at http://nsema.org/

# Finance

**Finance Director:** Brenda MacDonald
bmacdonald@nsmithfieldri.org
(401) 767-2200 x304

According to Town Charter the Finance Director directs, coordinates and oversees the operations of various divisions of the Finance Department including: Accounting, Accounts Payable, Tax Assessments, Human Resources, Information Systems, Payroll & Benefits, and Tax Collections. The Finance Director also serves as Treasurer/Collector, Human Resources Director and Information Systems Administrator.

The primary responsibilities of the Finance Department include financial planning, procurement and investment of funds, collection of all taxes and fees, payroll and benefit administration, accounts payable, financial monitoring of the budget and

maintaining comprehensive local, state and federal financial records.
Recent work:  After advisement by the Auditor General and his approval in April, the Town went out to bid for an auditing firm to perform a combined annual audit of both the Town and School Department.  The Town and School Department entered into a three-year contract with Parmelee, Poirier & Associates, LLP.  The annual audit for 2013-2014 is currently underway and should be completed before year end.

The Town received a grant from the RI Interlocal Risk Management Trust to purchase a hazardous materials safety cabinet for the Highway Garage.  This cabinet replaced an old cabinet that housed hazardous materials and was deemed unsafe.

The Town's continuing participation in RI Interlocal Risk Management Trust's Health Pool and continued participation in wellness events along with decreased member claims resulted in an overall group health rate reduction of 7.3% and  group dental rate reduction of 4.5%.

# Tax Assessor

**Tax Assessor:**
**Tax Assessing Clerk: Michelle Mariani**
mmariani@nsmithfieldri.org
767-2200 x325

The Tax Assessor's Office is located at 575 Smithfield Road in the Municipal Annex Building shared with the Police Department.

The Tax Assessor's Department is responsible for residential and commercial Town assessments for taxation as well as several areas of administrative record keeping. These categories include:

Town-wide Assessments
Residential Buildings
Out-buildings and vacant land
Commercial Buildings
Industrial Buildings
Building Permit review
Vision Appraisal
Opal Tax Admininistration
I LOOKABOUT Area Viewing
G.I.S. Mapping
Pictometry area overlay
Current Addresses
Current Ownership
Current size of area
Farm Forest and Open Space
All Exemptions, Veterans, Senior
Tangible business property
Motor Vehicles
Business Licenses and Permits

This office is responsible for the maintenance, indexing and storage of property record cards and all businesses located within North Smithfield.

Updates:

Tax Assessor Clerk, Michelle Mariani, continues to update data for accuracy and timely tax information. She is proficient in assessing software and continues working with residents and business owners to ensure accuracy in tax billing. Any questions about abatements, appeals and values are quickly and professionally handled by Michelle.

This office works closely with the Town Clerk's office for business licenses and recorded plans and deeds. The Assessing Department is the lifeline of any community. The revenue generated allows the municipality to provide services for our community.

The Assessing Department also works in tandem with the Building Inspector's Department concerning building permits and zoning changes. In addition, they partner with the Tax Collector's Department to review any complaints or address changes. July and August are their busiest months due to first quarter tax payments and questions that may arise for abatements. They make every attempt to respond to citizens in a timely manner.

# Tax Collection

**Assistant Tax Collector** MJ Perry
mperry@nsmithfieldri.org
767-2200 ext. 328

**Tax Collector Clerk Rachel Lizotte**
rlizotte@nsmithfieldri.org
767-2200 ex. 327

The Assistant Tax Collection Office is located at 575 Smithfield Road in the Municipal Annex Building. This department is responsible for the collection of all town taxes including residential and commercial real estate, tangible, motor vehicle, as well as sewer and water billing for usage and assessments.

The Tax Collector's Office has improved channels of communication and dialogue with residents, offering an expanded opportunity to understand the tax process and have questions answered.

Tax payments are accepted in person, by local mail and there is a drop-box inside and outside the entrance to the Town Annex, as well as by e-check and credit card on-line. When needed the department will work with residents to assist with entering into a payment plan option. This reduces the

number of properties that are sent to tax sale and affords the resident some peace of mind.

Tax collection works closely with the Building Department, Sewer Department and the Town Clerk's Office to verify that all taxes are current before a permit or business registration is issued.

The Tax Collection Department also works with the state Department of Motor Vehicles by placing and removing registration and license blocks until taxes are current.

# Fire and Rescue

**Fire Chief:** Joel Jillson
jillson@nsfd.necoxmail.com

(401) 762-1135

**North Smithfield Fire & Rescue Service, Inc**. is a combination of methods, materials, physical assets and human resources strategically positioned to respond against the threat of fire, medical, hazardous



materials, and all other emergency needs of the Town of North Smithfield and neighboring communities, 24 hours a day, 7 days a week, 365 days a year. Our motto is "*Save and Protect.*"

**History:** On January 1, 2002, the North Smithfield Fire & Rescue Service Inc. came into being after a tryingly complex three-year merger of the now defunct North Smithfield and Primrose Volunteer Fire Departments.

Presently we are a private, non-profit 501(c)(3) corporation overseen by a seven-member civilian Board of Directors who contract annually with the Town of North Smithfield to provide fire prevention, inspection, code enforcement, plan review, and open burning oversight; fire suppression and mitigation; "Basic and Advanced Life Support" medical services, and Hazardous Material inspection and response mitigation. Integral to our system is a state of the art, computer-generated 24-hour-a-day fire alarm receipt and dispatch service.

**Composition:** Currently, we operate two fire stations, Station #1 at 675 St. Paul Street and the Headquarters, Station #2, located at 1470 Providence Pike.



They are manned around-the-clock by 21 paid professionals, 20 of which are members of the International Association of Firefighters, Local #3984. They are fire and rescue technicians, cross-trained at the highest state level of license and certification.

NSFRS consists of one Chief of Service, one Deputy Chief of Operations, one Fire

Marshal, four Captains, four Lieutenants, and 10 Privates, strategically positioned to provide the most skilled and efficient service response within our resource capability.

The Town of North Smithfield has ownership of all apparatus. The department maintains ownership of the land, buildings, and equipment. Thanks in part to the foresight of existing and previous administrations, along with a perpetuating sole source of funding from recurring third-party billing revenue the Town has never had to expend tax dollars in a capital expenditure to upgrade their fleet during the tenure of our existence.

We currently run with two pumpers, one ladder truck, two water tankers, three rescues (one in reserve), one Hazardous Materials response vehicle, two inflatable boats for water-related emergencies, and three vehicles operated by the Chief, Deputy Chief and Fire Marshall, who remain on call 24/7.

2013 marked the retirement of **Deputy Fire Chief E. Craig Beausoleil** after more than four decades of outstanding service. He has been replaced by newly promoted **Deputy Fire Chief Brayton Round II.**

As well**, Lieutenant Timothy Hagerty and Private Bryan Edge** were promoted to the rank of Fire/Rescue Captain and Lieutenant respectively.

**Community services:** Though emergency response remains our primary function, it is the department's collective philosophy that rendering a host of wide ranging and diverse community services to our clients is equally important. Thankfully, most citizens will never have the occasion to use our emergency service, but they very well may

involve themselves in a host of other services we provide.

You may have cast a ballot at one of our station house polling places, used a station for a social or civic meeting, attended a Town board meeting, been a boy or girlscout in a troop of our charter organization, or purchased a reflectorized address sign fabricated and sold at cost.

We cover leaking residential roofs during inclement weather, pump water from residential basements, run community-based CPR programs, provide fire and medical youth education, and serve as a host organization for court mandated community service hours.

In 2013 NSFRS was the recipient of a $1000 Good Neighbor Community Grant from Exxon/Mobil Gas for public education on Hazardous Materials. In 2014, long time emergency service dispatcher, Michael Cosetta was named the Rhode Island Volunteer Firefighter of the year. As well, the department EMS Coordinator, Captain William K. Callanan was named by the Rhode Island Department of Health, EMT Professional of the Year. The department is both pleased and proud of their integral association. Another significant advance was the replacement of department cardiac monitor/defibrillators. The state-of-the-art and most important tool in our medical arsenal offer our Town clients the utmost of professional field intervention. In terms of fleet replacement, we have plans to upgrade one of our Rescue units during 2015. A truck sub-committee of knowledgeable and involved personnel is preparing to select appropriate truck specifications and go out to bid soon.

9

Lastly, we pledge to recommit ourselves to continue to plan, educate, train, and prepare to advance our skills in an attempt to provide the very best of fire and rescue service.

Though legally separate and autonomous, we act and feel every bit an central entity of the Town of North Smithfield. Our doors remain open to our citizens and we remain readily visible, accessible, and involved. If there are questions or concerns, feel free to contact the Chief directly at 401-762-1135.

# Library

**Library Director:** Susan Dubois
susands@cox.net
(401) 767-2780



North Smithfield Public Library is a vital resource serving North Smithfield and surrounding towns. The library provides access to printed, audio visual and electronic material, along with programs for all ages. The library is compatible with all users, from those who love holding a book in their hand to those who love 24/7 access to all on-line resources. The Library utilizes and provides the latest and best technology in order to meet the demands of the public.

North Smithfield Public Library is constantly evolving to keep pace with today's technology. It provides more access

to on-line learning for our patrons by subscribing to Atomic Training and Universal Class. Atomic Training has a wide variety of technology classes and Universal Class offers over 500 classes on various topics. Visit the library website at: http://www.nspl.info/ where the 24/7 library provides access to all electronic resources: books, magazines, classes, music, and research, available from any computer, anywhere. The library also has e-readers to loan, a Kindle and a Nook Color.

This past year has brought a few changes to the library thanks to generous donations during the Annual Appeal. Children visiting the library are enjoying the new train table, activity cube and doll house. Adults are enjoying the library's new beverage service featuring a variety of coffees and teas.

Bringing free quality programming to the community is an important part of the library's mission. The children's department continues to offer an excellent variety of programs: story times during the school year for children ages 6 months to 5 years and the very popular Summer Reading Program, which helps students retain their reading skills while away from the classroom. Various special family programs and performers along with adult programs are also enjoyed throughout the year.

An unusual asset that North Smithfield Library owns and maintains is Centennial Park, also named Eagle Point by the local scouts. This area, located behind the library, along the Branch River, features an island, waterwheel, trails, canal, and waterfalls. The park is open from dawn to dusk.

The library has an experienced and dedicated staff of eight with three full time MLS Librarians and five part time staff

members. The library is open 51 hours a week during the school year and 44 hours during the summer.

Membership in Ocean State Libraries provides the library with circulation, cataloging, access to the state- wide library catalog, interlibrary borrowing, statistical tracking, technological assistance, network lines and Internet access as well as numerous databases. The North Smithfield Public Library is a separate public service corporation with its own Board of Trustees. The Town pays 75% of the Library's operating costs; the state pays 25%. The library relies heavily on grants to support any capital projects such as the Champlin Foundations grant received this year to make improvements to the parking lot and building.

North Smithfield Public Library meets all 54 standards required by the state Office of Libraries and Information Service for certification, and thanks the Town for funding the library at a level sufficient to qualify for state grant-in-aid and meet the needs of our community.

The Library website with continually updated information is available at www.nspl.info.

# Planning

**Town Planner:** Robert Ericson, AICP
rericson@nsmithfieldri.org
(401) 767-2200 x312

The Planning Department guides development and growth throughout the Town based on state and local law and regulations for land use and planning. This includes review of subdivision and land development project proposals. The

Planning Department maintains the Comprehensive Plan and review amendments to the Zoning Ordinance. It prepares Community Development Block Grant applications and a range of other grant applications for open space, energy conservation, historic preservation, and environmental restoration.

The Town Planner coordinates storm water and floodplain management programs, US Census data and state affordable housing data. He is the environmental liaison to the Rhode Island Department of Environmental Management (RIDEM).
We provide staff support to the Planning Board, Town Council, Economic Development Commission, Redevelopment Agency and other boards/commissions as needed.

**Recent Work:** The Planning Department continues to work with other departments to inspect site preparation, utilities installation and construction at Dowling Village. The office has a contract with an engineering firm for inspections, and the developer reimburses the Town through an escrow fund. The same process is starting with the new Walgreens store.

The Planning Department continues to work with the National Park Service and the Blackstone River Valley National Heritage Corridor Commission on a multi-site National Park that would include Slater Mill in Pawtucket and Slatersville, the first planned mill village in America. It continues to work with the Rhode Island Department of Transportation and other state agencies to complete design of the planned Slatersville stone arch bridge widening and related pedestrian improvements.



Planning reviewed 15 land development and subdivision projects during the year. These included a Walgreens Pharmacy near Park Square and a large solar power array in Branch Village. The office continues to improve its system for pre-reviewing plans sent by email as PDF files. That allows the department to identify problems and discuss design solutions before the applicant submits multiple copies of a paper plan set.

**2015 Comprehensive Plan:** The new plan needs to be submitted to the state by March 15, 2015. Beginning in September, the Planning department will hold public meetings to hear and incorporate citizen ideas

Environmental Planning Consultant Nicole Sacha researched issues and the status of recommended actions from the 2006 Comp Plan. Assistant Planner Roberta Moneghan is drafting baseline text.

**Grants:** The department also managed a range of grant awards, including the following:

 * Planning completed more than $530,000 of energy efficiency improvements to municipal services buildings, including the North Smithfield Library and North Smithfield Fire & Rescue. These improvements were funded by a federal grant and National Grid rebates. They include faster and more energy efficient

Energy Star computers to provide more efficient services.

* The Town used a $400,000 RIDEM land acquisition grant to help purchase a 42-acre upland forest habitat parcel near Booth Pond adjacent to Woonsocket's conservation area. Before purchase, the department subdivided access to the top of a hill for future installation of a wind turbine.

* The Department recently applied for a $10,700 grant to assist the Town in development of a 2015 Comprehensive Plan.

**Geographic Information System:** By focusing on GIS, the Planning Department can provide more efficient technical assistance. Designing maps in-house for multiple applications saved more than $20,000 in consulting contracts and give us better quality control.

The Department has major projects ahead, including reference maps for the 2015 Comprehensive Plan and an official street map.

GIS Analyst Roberta Moneghan continued to work with the Tax Assessing in order to improve the accuracy of our new plat and zoning map set. The Planning Department took over the contract management with Main Street GIS, which will display tax parcel maps online.

**Codification of ordinances:** The Department worked with the Town Clerk to codify the general ordinances, including the zoning ordinance. This saved $5,000 in contracts to an outside codifying service. The website now contains everything in PDF files for easy searching and downloading.

**Technical Assistance:** The Department works closely with the Planning Board, chaired by Dean Naylor, to provide plan review and recommendations. Under state law, the Planning Board has the responsibility of approving or denying almost all development proposals within the Town. The members also review all proposed zoning ordinance amendments for consistency with the Comprehensive Plan.

We also work with the Historic District Commission, chaired by architect Jeffrey Harris and the Conservation Commission, chaired by Paul Soares. Both commissions will have important roles in development of the new Comp Plan.

## Police

**Chief** Steven E. Reynolds
sreynolds@nsmithfieldri.org
762-1212

The North Smithfield Police Department is a full-service police department that was implemented in 1934. The Department currently employs 25 sworn members.

Recent promotions:

-Russell Ridge from Detective to Lieutenant
-Michael Lamoreaux from Officer to Detective.

Newest Addition to the Department:

Officer Steven Conti, a May graduate from the Rhode Island Municipal Police Academy.

Composition: The Uniform Patrol has multiple units and is under the direction of Captain Lamoureux, who oversees the Patrol

Unit and Personnel.  Patrol is made up of (3) eight hour shifts.

**Investigative Services** is under the supervision of Detective Lieutenant Stephen Riccitelli. This Unit includes Prosecution and Adult/Juvenile Investigations.  The BCI Unit is under the supervision of Capt. Lafferty.  It is responsible for processing and gathering evidence at a crime scene.
**Accident Reconstruction** is under the supervision of Capt. Lamoureux.  This unit is responsible for all serious injury and fatal accident investigations.
**The Traffic Unit**, under the general supervision of Lt. Landry, is responsible for coordinating and organizing the overall traffic safety program for the Department.
**The K-9 Unit** under Officer Jay Rainville is used to provide back-up patrol capability, criminal and missing person tracking and high profile police presence.
**The ATV Enforcement/Search and Rescue Unit** under the supervision of Detective Michael Lamoreaux is responsible for planning and coordinating the special undercover operations, search and rescue efforts, and maintenance/repair record keeping as time permits.
**The Fleet Management Unit** under Officer Eugene Cabral is responsible for maintaining and securing vehicles for the Department.
In addition to line units, the Department has support units for technical information management, grant writing, fleet management training, firearms, property/evidence and records.

**Annual Awards recipients for 2014**:

*Officer of the Year:*  Off. Jay Rainville
*Leadership Award:*  Capt. Tim Lafferty, Capt. Glenn Lamoureux, Lt. Stephen Riccitelli and Acting Lt. Sharon Pagliarini

*Traffic Enforcement Award*:  Off. Jay
Rainville, Off. Robert Maione, Of. Timothy
Lipka and Off. Steven Donovan
***DUI Enforcement Award***:  Off. Jay
Rainville and Off. Derek Mourato
*Community Service Award*:  Off. Eugene
Cabral
*Firearms Award:*  Sgt. Robert Nolette
*Unit/Shift Award*:  Detective Unit

**Statistics: July 1, 2013 – June 30, 2014**

| | |
|---|---|
| Calls for service: | 11,206 |
| Motor vehicle stops: | 3,454 |
| Incidents/complaints: | 1,153 |
| Arrests: | 664 |
| Citations/tickets: | 3,047 |
| Accidents investigated: | 595 |
| VIN checks: | 204 |
| Background checks: | 72 |
| Fingerprint checks: | 85 |

The North Smithfield Police Department
now has its own **Facebook** account as
another way to reach out to the community.
Department news and public service
announcements can be found there.
The North Smithfield Police Department
began the process of State accreditation in
January 2014 – RIPAC (Rhode Island Police
Accreditation Commission). An
accreditation program has been recognized
as a means of maintaining the highest
standards of professionalism. The
accreditation process is a progressive and
time proven management model.
Accreditation provides a means for law
enforcement agencies to systematically
conduct an internal review and assessment
of the agencies' policies and procedures and
an in-depth review of every aspect of the
agency's organization, management and
operations. Participation in the program is a
signal to all Rhode Island citizens that we
are committed to professional standards,
willing to be assessed by an Accreditation

Commission and correct any deficiencies in
order to re-establish compliance with the
standards.

**Community Oriented Policing**:  Everyone
in the Department has the responsibility to
work with and within the community.
Community policing includes visiting the
Housing for the Elderly during all shifts. It
also includes monitoring all parks,
recreation facilities and businesses in North
Smithfield.

# Municipal Court

**Court Clerk:**  Darleen Bourgette
dbourgette@nsmithfieldri.org
(401) 356-0564
**Court Administrator**:  Tim Lafferty
tlafferty@nsmithfieldri.org

**Court Judge**, Aram P. Jarret
**Associate Court Judge**, Lloyd R. Gariepy

The Court Clerk is responsible for preparing
for all court sessions, input and processing
of all payments, along with the day-to-day
activities associated with the Court.  The
Municipal Court Clerk's office is located at
**575 Smithfield Road** and is open Monday
through Friday for the payment of fines.

The municipal court allows for more
efficient local enforcement of minor police
violations, as well as traffic and zoning
infractions.  The aim is to accelerate the
legal process for disposition of these kinds
of violations and at the same time cut town
costs such as those resulting when town
officials, including police, travel to courts
outside the Town to represent the
community.

The Municipal Court is one of the few
municipal courts in the State that is now able

to accept payments via credit cards (MC and Visa) and is working towards the ability to offer online payments. In-person payments may be made at the NSPD Municipal Court window at 575 Smithfield Road.

**The North Smithfield Municipal Court** is located at 13 Main Street, Slatersville, RI (Scouter's Hall). <u>This location is for court sessions only.</u>

Court Sessions:
Arraignments – 1st Wednesday of the month
Trials – 3rd Wednesday of the month
All sessions are held at 6:00 p.m.

# Public Works

**Public Works Director:**  Raymond J. Pendergast, Jr.
rpendergast@nsmithfieldri.org
(401) 767-2200 ext 341

The Department of Public Works consists of the following divisions:  Highway, Parks and Recreation, Water and Sewer, Animal Control, Rubbish Disposal, Recycling and Building Maintenance. The Department of Public Works maintains existing facilities, including roadways, drainage systems, bridges, culverts and town parks. It also provides the following services: sidewalk repair, road reconstruction/paving, street sweeping, snow plowing/sanding, drainage maintenance/repair, pothole repair, brush cutting, recycling information and animal control.

They have hired an engineering firm and have now updated a comprehensive plan with regard to the repair of the Town's roadways and sidewalks. Funding will be requested in a November bond referendum and the Town Council will make a decision regarding allocation. The department has

just finished $175,000 in minor road improvements and crack sealing.

They continue to maintain all of the Town's parks by mowing, mulching, planting and removing debris to make them more appealing and user friendly.  They are also responsible for Scouter's Municipal Hall and all bathroom facilities in all the parks. They groom all soccer and baseball fields according to regulations, so our town students can participate in and enjoy the sports of their choice. The girls' softball field at Pacheco Park now has new field lighting at a cost of $90,000.

The Parks and Recreation Commission is investigating the need for a dog park in town. They continue to make every effort, with our reduced staff, to address the residents' needs as quickly as possible to provide a safe, healthy environment for all our families.

**Water and Sewer Superintendent**: Russell Carpenter
rcarpenter@nsmithfieldri.org
(401) 767-2200 x320

Water and Sewer are integral parts of our community's health and well-being. Russ Carpenter, superintendent, oversees all projects that enhance the life and safety of all residents and businesses throughout town. Our Town department works closely with Woonsocket Water and Sewer Departments and the RI Department of Healthto ensure sanitary and well monitored systems.

**Recycling Coordinator:  Donna Kaehler**
dkaehler@nsmithfieldri.org
(401) 767-2200 ext 345

North Smithfield continues to look for new ways to reduce trash amounts. This year, all schools are participating in Recycling Food Scraps.  Not only are students and staff sorting recyclables from their classrooms and lunchrooms, they now have a clearly marked container just for food scraps. These scraps are kept out of the trash and are reused as feed stock for "My Blue Heaven Farm" in Pascoag. The School's waste has turned into tasty treats for the local pigs – a winning situation for the community. North Smithfield is one of the first communities to support this new diversion approach.

Once again, the Town's recycling program had great results, reaching a recycling rate of 30.8% which represents just the items collected in the curbside recycle bins.  This equaled over 1,359 tons of recyclables for one year alone.

Reaching this high recycling rate not only benefits the environment, but also Town's revenue. North Smithfield earns a recycling rebate of $2 off per solid waste ton disposed in Johnston.  **This year, the rebate will be over $7,000**, and that is just the beginning of the savings.  The Town will also be awarded a recycling profit share amount determined by the market value recyclables generate. Last year this amount was over $10,600. North Smithfield also saves tipping fees with recycling. The $32/ ton fee charged for solid waste is not charged on recyclables, so that alone saved the Town another $43,000.

The Recycling Program did not stop with the curbside program.  In the past year, North Smithfield diverted an additional 90 tons of materials collected outside of the curbside program.  These items include scrap metal, TVs and computer items resident drop off at the highway garage and the various other items accepted in town.

Solid waste or "trash" sent to RI Resource Recovery totaled over 3,510 tons, a number the Town hopes to decrease in the coming year.  The Town encourages residents to check if an item can be recycled or diverted in instead of being discarded with the trash.

This year, the Town looks to expand on event and business recycling programs. Residents should keep an eye out for a new litter awareness campaign. Let's make this the year North Smithfield stays Clean & Green all year long!  Together we can make this a reality.

# School Department

**Superintendent of Schools:** Stephen F. Lindberg
slindberg@nsps.us
(401) 769-5492 x2205

### North Smithfield School District

### "Our mission is to prepare each student to be a successful and responsible member of society."

It is our belief that your schools are one of your most important "assets" in your community.  One of the most significant factors attracting people and business to a community is the quality of the local school system.

We believe there is no other educational community in the entire state that has provided a greater educational, technology, social, cultural "Return On Investment" –

16

budget to results - for its community and taxpayers than the North Smithfield School Department.

We believe your continued investment in education is an investment in future "taxpayers" as well as economic growth that will have an impact on our future as a society and on **your future** financial security.

- "Return on Investment" - Quality school system affects property/business values, owners, and most importantly our children – future wage earners, taxpayers, and citizens of our country.
- Outreach - Estimate 6,000+ attendees at various school/community events!
- Community Driven - Programs, services - flu clinic, technology, H1N1, etc.
- Facility use - Over 1,000 uses of our facilities!
- People! – We recognize that there are many more "silent" advocates for your school system than we had realized.

We encourage you to visit our website for information on our accomplishments at *www.northsmithfieldschools.com*.

# Town Administration

**Town Administrator:** Paulette D. Hamilton
phamilton@nsmithfieldri.org
(401) 767-2200 x301

The Town Administrator serves as chief executive officer for the Town and head of government during ceremonies and meetings. Duties include overseeing the daily operations of government, including all areas related to planning, zoning, personnel, financial, and residential and commercial needs. Other duties include conducting municipal contract negotiations, serving as Director of Public Safety, with Finance Director, developing the annual budget that provides sufficient funding for educational and town services; essential to the role is managing multi-departmental projects, and working with our legislative colleagues at the town, state and federal level.

Budgeting is always a challenge, especially with the escalation of costs involved in operating a municipality. Conservative spending strategies are the focus of each department.

Over the past few years, the increased revenue from commercial growth, especially in the Dowling Village area, allowed taxes to remain stable and even lowered. This year, due to a large number of abatements that were done without authority in the tax assessor's office, taxes were raised slightly to offset the loss of revenue from the abatements. Once the issues were identified, I took swift action to prevent further erosion of the tax base, hired a consultant to review and recommend for a tax role and all residents and businesses received tax bills on time. Additional forensic strategies are being implemented to rectify and prevent future discrepancies.

Our bond rating remained stable at AA. This rating is imperative to future borrowing and financial stability. Our ability to refrain from using "surplus" funds for daily operations and living within all our budgets must continue as we begin to emerge from economic uncertainty. We continue to use restraint in spending and to have schools and town departments share the burden equally.

The Town Administrator works with the **Town Council** members and President John Flaherty. As the legislative members of town government, they pass ordinances, grant a range of licenses, approve contracts, and appoint the Town Solicitor.

Together we work with Town Solicitor James Lombardi and several other attorneys who provide timely legal advice and manage litigation.

# Town Clerk

**Town Clerk**: Debra A. Todd
dtodd@nsmithfieldri.org
(401) 767-2200 x326

The Town Clerk's Office is located at 575 Smithfield Road in the Municipal Office Building shared with the Police Department.

The Town Clerk's Office is staffed by three employees -- the Town Clerk, the Deputy Town Clerk and the Recording Clerk.

Duties of the staff include recording of land evidence documents, licensing and registration of all town businesses, processing and issuance of birth, marriage and death certificates, probate matters, issuance of hunting and fishing licenses, voter registration and all phases of the election process.

The office is responsible for matters pertaining to the Town Council -- preparation of the agenda and collation of pertinent documents for distribution to the members, advertisement and notice to abutters for zone changes, attendance at Council meetings, and typing of the minutes.

Recent work: This year the Town hired ACS Enterprise Solutions, LLC to provide land

evidence records online. The process is scheduled to begin in August 2014.

They work closely with the Board of Canvassers, a bipartisan canvassing authority elected by the Town Council as provided by the constitution and laws of the state. The Board is responsible for ensuring fair elections, beginning with review of candidate petitions with required signatures. The Primary Election will be held on September 9, 2014 with the opening of three polling sites: Primrose Fire Station, St. Paul Street Fire Station and Scouters' Hall.

The General Election will be held on November 4, 2014. Two additional polling sites are the North Smithfield Elementary School and The Villa at St. Antoine.

# Appendix

**Boards and Commissions:** This overview includes all responsibilities created by Town Charter and ordinances. If you are interested in serving on any board or commission, please contact Town Clerk Deb Todd.

**Board of Assessment Review**
*Appointments:* There shall be a board of assessment review consisting of three members appointed by the council for a term of three years.
*Duties:* The board of assessment review shall hear and consider the appeal of any property owner concerning the amount of his assessed valuation as determined by the assessor.

*Correction in Assessment:* If it shall appear that the valuation of any property has been erroneously or incorrectly assessed, the board shall have authority to order a correction. Such determination shall be certified by the board to the assessor whose

18

duty it shall be to make such corrections in the valuation as the board may determine. If the tax roll has been certified by the assessor, he shall transmit the findings of the board to the council, which may cancel in whole or in part the tax based on such valuation in order to effect a correction.

**Board of Canvassers**
There shall be a bipartisan canvassing authority elected by the Town council as provided by the constitution and laws of the state. Said canvassing authority shall be known as the board of canvassers and registration and shall be vested with all the powers and duties now or hereafter vested by law in the canvassing authority or board of registration of the Town.

**Budget Committee**
There shall be a Budget Committee consisting of five members who shall be appointed by the Town Council. Each member of the Town Council shall appoint one member to the budget committee and following initial appointments, terms will be for three years.

The Budget Committee shall promulgate at its organizational meeting rules and regulations governing its operations and procedures, and the Town Council shall approve said rules and regulations. The Budget Committee shall complete its consideration of the budget, including all necessary conferences with the Town Council, the Town Administrator, department representatives, citizens and private corporations, not later than the second Monday in April of each year and shall annually on said date publish its recommended budget and budget message by filing two copies thereof with the Town Clerk. The Budget Committee

recommendations shall be considered final at this time.

No later than the second Monday in April of each year, the Budget Committee shall cause copies of the budget recommendations to be delivered to each member of the Town Council and shall file one copy with the Town Clerk to be available for public inspection. Recommendations shall include an estimate of funds on hand and obligations pending as of the beginning of the new fiscal year, estimates of revenue anticipated together with its revenue and tax proposals, recommended expenditures divided into an operating budget and capital budget and such supporting explanations and information, as it may deem appropriate or the Council shall have requested. In preparing the budget, the Budget Committee shall have the authority in consultation with the Town Administrator to alter the estimates submitted as it shall see fit.

**Conservation Commission**
*Purpose, duties, powers:* The purpose of the Conservation Commission is to protect natural and watershed resources while preserving the natural esthetic areas of the Town. The Commission shall conduct research into its local land areas and shall seek to coordinate the activities of unofficial bodies organized for similar purposes and may advertise, prepare, print and distribute books, maps, charts, plans and pamphlets which in its judgment it deems necessary for its work. It shall make and keep an index of all open spaces within the Town, publicly or privately owned, including open marshlands, swamps and other wetlands for the purpose of obtaining information on the proper use of such areas. It may recommend to municipal councils, boards or agencies a program for better promotion, development, utilization or preservation of open areas,

streams, shores, wooded areas, roadsides, swamps, marshlands and natural esthetic areas.  It shall keep accurate records of its meetings and actions, and shall file an annual report with the Town Council.  It shall have the power to appoint, subject to any personnel procurement program ordained by the Town, clerks, and other employees it may from time to time require.

*Finances.*   The Conservation Commission may receive gifts of funds, lands, buildings or other properties in the name of the municipality. It may also acquire by gift, purchase, grant, bequest, devise, lease or otherwise the fee in such lands or water rights or any lease interest, development right, easement, covenant or other contractual right, including conveyances, and thereafter shall manage the same in accordance with the purposes set forth above.
Conservation Commission members: Paul Soares, chair; Glenn Vario, vice-chair; Michael Johnson, secretary; Carol Ayala; Jeff Delasanta; Scott Perry; Eric Piette.

*CONSERVATION PROPERTIES*:
Monica's Garden:  Commission members continue to do clean-ups and maintenance of the property to keep it clean and inviting for the public. Mulch and flowers were purchased with funds from our budget. We applied for and received a donation of a new Husqvarna lawn mower from Lowe's, North Smithfield.

Cedar Swamp:  This 69 acre property consisting of a pond, wetlands, and woodlands was gifted to the Town in 2010 by the estate of Philip Silva. In 2011 beavers occupied the area and built two dams which continue to cause flooding of the access road. We are working with the Highway Department and National Grid to mitigate the problem. In March and April 2014 commission members performed a survey and mapping of the property and posted signs around the perimeter identifying it as a conservation area. Illegal ATV activity is taking place on the property and several signs have been destroyed or stolen. These incidents have been reported to the police department.

PROJECTS:

Duck Boxes:  Commission members continue to install and monitor wood duck nesting boxes in several locations; Cedar Swamp, 5; Pratt Pond, 2; Mattity Swamp, 3. The information gathered is shared with RIDEM. We plan to build and install several more boxes this winter.

Nipsachuck:  The Commission continues to work in co-operation with the RI Historical Preservation and Heritage Commission to identify and study the battle sites of  King Philip's War.

Website:  We are working on a new website and hope to have it up and running soon.

Property Evaluations:  The Commission uses GIS analysis to evaluate properties offered to the Town as open space donations or acquisitions. We also review subdivision and land development proposals and make recommendations to the planning department as necessary.

Meetings and Workshops Attended:  Land & Water Conservation Summit at URI, RI Historical Preservation & Heritage Commission, Open Meetings Law Seminar.

**Economic Development Commission**
*Organization.*  The Economic Development Commission shall be composed of five

20

members, residents of the Town sympathetic toward industrial development within the Town.

*Powers and duties.*  The Commission shall have the power to promote and encourage the location and development of new business in the Town as well as the maintenance and expansion of existing business and for that purpose shall cooperate with the state, other local agencies and individuals whether in the Town or in other municipalities.

## Historic District Commission

*Membership and appointment.*  The Commission shall consist of seven qualified members, residents of the Town, to be appointed by the Town Council President with the consent of the Council.  Members shall have a demonstrated interest in historic preservation.

*Intent.*  The regulations in this chapter have been adopted to preserve districts and specific buildings of the Town which reflect elements of its cultural, social, economic, political and architectural history.  This chapter is designed to stabilize and improve property values in such historic districts, to preserve specific buildings, to foster civic beauty, to strengthen the local economy and to promote the use of such districts and specific buildings for the education, pleasure and welfare of the residents of the Town.

## Juvenile Hearing Board

*Membership.*  The membership of the North Smithfield Juvenile Hearing Board shall consist of seven electors of the Town of North Smithfield over the age of 18 years.

*Duties of the board.*  The board shall be authorized to hear all first time misdemeanor offenses and truancy cases, and to recommend sanctions other than incarceration.  The sanctions imposed by the board shall not exceed six months, and may consist of, but not be limited to:

a.) Community service
b.) Referral to counseling services
c.) Reasonable curfews
d.) Reasonable restitution.

## Ordinance Development Committee

*Creation, General Purpose.*  The Town Council hereby creates the Ordinance Development Committee for the general purpose of developing non-binding recommendations concerning certain ordinances that relate to Zoning and Planning.  The Committee shall have no executive or legislative powers.

*Membership.*  The Committee shall be comprised of seven voting members who shall be residents of the Town and of good character.

## Parks and Recreation Commission

*Created, purpose, duties.*  There is created a Commission of Parks and Recreation, the purpose of which is to promote, and coordinate the needs of the multiple recreational organizations in North Smithfield.  Such commission shall assist in the administration and development of parks and recreational facilities and programs within the Town for all the residents of the Town.  The Commission may recommend to municipal councils, boards and/or agencies any programs it determines to be in furtherance of, and improvements to recreational opportunities for the Town.

*Members.*  The Commission of Parks and Recreation shall consist of seven members appointed by the Town Administrator with the approval of the Town Council.  The

21

members of the commission shall be appointed for two-year terms and such terms to be co-terminus with that of the Town Administrator and Town Council.

## Personnel Board

*Organization.* There shall be a Personnel Board consisting of five members who shall be appointed by the Town Administrator with the approval of the Town Council for terms of two and three years. Each member appointed shall be a person of good repute in his respective business, profession or trade, who is known to be in sympathy with the merit principle as applied to public employment. No member shall hold or be a candidate for any other public office or position and shall not be a member of any national, state, or local committee of a political party, or an officer in any partisan political club or organization, or worker in any political campaign. They shall be qualified electors of the Town.
*Duties.* To advise and assist the Personnel Director and Town Administrator on problems concerning personnel administration and the improvement of personnel standards in the Town service.

In the past year, we have worked with various departments to insure fair and non-discriminatory hiring practices. This entailed proctoring and scoring examinations and monitoring interviews. Recommendations were also made to enhance job applications in order to acquire further pertinent information and to maintain legal compliance,

The Board also worked closely with Administration in aiding assistance within the boundaries of its authority.

## Planning Board

*Organization.* There shall be a Planning Board consisting of five regular and two alternate members each of whom shall be a resident of the Town. Members of this board shall be appointed by the Town council for terms of five years.

*Duties.* The Planning Board shall make studies and prepare plans for the utilization of the resources and satisfaction of the needs of the Town, with reference to its physical growth and development as affecting the health, safety, morals, and general welfare of the people and the economy and efficiency of community life. The Board shall prepare and adopt a comprehensive plan for the development and improvement of the Town. The Board shall prepare and recommend to the Town Council a capital budget for the following year and a comprehensive six-year capital improvement program on an annual basis.

The Board shall regulate the platting or any other subdivision of land in accordance with provisions in the general laws of Rhode Island. The Board shall file an opinion with the Town council on all proposed amendments to the zoning ordinance, giving due consideration to the relationship of such amendment to the Town's comprehensive plan. The Board shall recommend to the Town Council amendments to the zoning ordinance wherever there is a proposed major change in or extension of land use, transportation routes, public facilities, or public utility systems. At least once every two years the planning board shall review the zoning ordinance and make recommendations concerning its revision. The Board shall report annually to the Town council at the end of the fiscal year, summarizing the work of the preceding year

and recommending plans for future development of the Town.

The Board shall undertake such other work as may be assigned by the Town Council in connection with the physical growth and development of the Town.  The Board shall have the authority to call upon other departments, boards, committees, or commissions of the Town and agencies of the state and federal governments for assistance in performance of its designated functions and shall cooperate with such other departments and with state and federal agencies on community, regional, and state planning and development.

The Board may employ such technical assistance as it may deem necessary within the funds appropriated to it and may enter into agreements with the state, federal or regional agencies; the Board may incur any expense necessary therefore, but it shall not for any purpose contract for or incur any expense greater than the amount appropriated or available therefore.

**Public Safety Commission**
*Creation.*  There is hereby created a Public Safety Commission consisting of three members who shall be appointed by the Town Council for three-year terms.  The commission shall be composed of members who are residents of the Town who are of good moral character.

*Purpose; authority.*  The Commission hereby created shall have the purpose of reviewing, upon request and vote of the Town Council only, the various departments of the Town concerned with public safety (including, but not limited to, the police, civil preparedness and any other departments either within municipal control or under contract with the Town dealing

with the health, safety and welfare of the inhabitants of the Town) for only certain purposes. These are:

1.)  Budget requests and/or contracts relating to the aforementioned departments
2.)  Long range planning in the area of public safety
3.)  Rules and regulations concerning the operation of the various public safety departments
4.)  Such other public safety matters as the Town Council may from time to time request be reviewed.

**Redevelopment Agency**
*Purpose.*  The purpose of the North Smithfield Redevelopment Agency is to encourage, direct, and regulate new development and redevelopment within districts, and to acquire and redevelop those areas itself, which the agency determines cannot be redeveloped otherwise, in order to carry out the purposes of Title 45, Chapters 31-33, inclusive, of the Rhode Island General Laws.

*Membership.*  There are seven members of the Redevelopment Agency, six of which are appointed by the Town Council and one by the Town Administrator.  Following initial appointments, terms are for five years each.
<u>Sewer Commission</u>
*Organization.*  The Sewer Commission shall consist of five members each a qualified elector of the Town, appointed by the Town Council for a term of five years.

*Powers and duties.*  To provide sewer services with the Town of North Smithfield. To be responsible for the construction, alteration, repair, maintenance and operation relating to the functions and services within

23

its jurisdiction as defined in the Public Laws of Rhode Island of 1973, Chapter 84, as amended.

**Zoning Board of Review**

*Membership.* The Zoning Board shall be appointed by the Town Council and shall consist of five members, each to hold office for the term of five years. The Zoning Board of Review shall also include two alternates to be designated as the first (1st) and second (2nd) alternate members, and shall be appointed for a term of one year, sit as active members, and may actively participate in hearings. All members of the Board shall be residents of the Town and no member shall be an elected official or salaried employee of the Town.

*Procedure.* The Zoning Board of Review shall have the following powers and duties: 1.) To hear and decide appeals in a timely fashion where it is alleged there is error in any order, requirement, decision, or determination made by the Inspector in the enforcement or interpretation of this chapter, or of any ordinance adopted pursuant hereto. 2.) To hear and decide appeals from a party aggrieved by a decision of a Historic District commission. 3.) To hear and decide appeals where the Zoning Board of Review is appointed as the Board of Appeals for airport zoning regulations pursuant to section 1-3-19. 4.) To authorize upon application, in specific cases of hardship, variances in the application of the terms of the Zoning Ordinance. 5.) To authorize upon application, in specific cases, special-use permits, where the Zoning Board of Review is designated as a permit authority for special-use permits. 6.) To refer matters to the Planning Board or to other boards of the Town as the Zoning Board of Review may deem appropriate, for findings and recommendations. 7.) To provide for issuance of conditional zoning approvals where a proposed application would otherwise be approved except that one or more state or federal agency approvals which are necessary are pending. 8.) To hear and decide such other matters, according to the terms of this ordinance.