UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON A. RICHER,
    *Plaintiff*

v.                                                                                                                                                                                           C.A. No. 15-162-L-PAS

JASON PARMELEE, as the Finance
Director of THE TOWN OF NORTH
SMITHFIELD, THE TOWN OF NORTH
SMITHFIELD, and STEVEN E.
REYNOLDS in his official capacity
as Chief of the NORTH SMITHFIELD
POLICE DEPARTMENT,
    *Defendants.*

## DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY

    Defendants respectfully petition the Court to file a brief sur-reply memorandum in this matter. In support of the motion, Defendants have attached the accompanying short memorandum of law.

                                                                                    Defendants,
                                                                                    By their attorneys,

                                                                                    */s/ Marc DeSisto*
                                                                                    Marc DeSisto, Esq. (#2757)
                                                                                    DESISTO LAW
                                                                                    211 Angell Street
                                                                                    Providence, RI 02906
                                                                                   (401) 272-4442
                                                                                  (401) 272-9937 fax
                                                                                  marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 21st day of October, 2015, and is available for viewing and downloading from the ECF system.

    Thomas W. Lyons, Esq. #2946
    tlyons@straussfactor.com

    Rhiannon S. Huffman, Esq.
    rhuffman@straussfactor.com

                                        */s/ Marc DeSisto*
                                        Marc DeSisto