UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON A. RICHER,
    *Plaintiff*

v.   C.A. No. 15-162-L-PAS

JASON PARMELEE, as the Finance
Director of THE TOWN OF NORTH
SMITHFIELD, THE TOWN OF NORTH
SMITHFIELD, and STEVEN E.
REYNOLDS in his official capacity
as Chief of the NORTH SMITHFIELD
POLICE DEPARTMENT,
    *Defendants.*

## DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR LEAVE TO FILE A SUR-REPLY

Defendants respectfully request permission to file a sur-reply. In support of the request, Defendants submit that the issues addressed in this matter involve significant legal issues that may reoccur in other cities and towns in the State of Rhode Island. Thus, this action has ramifications, both for the parties involved in this lawsuit, and other police departments across the State of Rhode Island.

In Plaintiff's reply memo, Plaintiff cites Razzano v. County of Nassau, 765 F. Supp. 2d 176, 191 (E.D.N.Y. 2011) for, inter alia, the requirements of a constitutionally adequate post-deprivation hearing in a seizure of property case. See Plaintiff's Reply Memorandum at 21. Defendants contend that R.I. Gen. Law § 12-5-7 meets the requirements outlined in Razzano. Thus, Defendants request leave to file a brief sur-reply memorandum.

        Defendants,
        By their attorneys,

        */s/ Marc DeSisto*
        Marc DeSisto, Esq. (#2757)
        DESISTO LAW
        211 Angell Street
        Providence, RI 02906
        (401) 272-4442
        (401) 272-9937 fax
        marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 21st day of October, 2015, and is available for viewing and downloading from the ECF system.

Thomas W. Lyons, Esq. #2946
tlyons@straussfactor.com

Rhiannon S. Huffman, Esq.
rhuffman@straussfactor.com

        */s/ Marc DeSisto*
        Marc DeSisto