UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON A. RICHER, : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No.  15-162 |
| JASON PARMELEE as the Finance Director of : | |
| THE TOWN OF NORTH SMITHFIELD, : | |
| TOWN OF NORTH SMITHFIELD, and : | |
| STEVEN E. REYNOLDS in his official : | |
| capacity as Chief of the NORTH SMITHFIELD : | |
| POLICE DEPARTMENT : | |
|     Defendants | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO FILE A SUR-REPLY**

Plaintiff welcomes the opportunity to address the relevance of R.I.Gen.Law § 12-5-7 and related law to the issues in this case.  Plaintiff suggests that the Court permit both sides to submit separate memoranda within ten days on that topic.

        Respectfully submitted,

        */s/ Thomas W. Lyons*
        Thomas W. Lyons             #2946
        Rhiannon S. Huffman, Esq.   #8642
        RHODE ISLAND AFFILIATE,
        AMERICAN CIVIL LIBERTIES UNION
        Strauss, Factor, Laing & Lyons
        One Davol Square, Suite 305
        Providence, RI  02903
        (401) 456-0700
Date:  October 23, 2015        tlyons@straussfactor.com

**CERTIFICATION**

I hereby certify that on October 23, 2015, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by email on Marc DeSisto, Esq., attorney for defendants. Parties may access this filing through the Court's CM/ECF system.

        */s/  Thomas W. Lyons*