UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASON A. RICHER, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | C.A. No.  15-162 |
| JASON PARMELEE as the Finance Director of | : | |
| THE TOWN OF NORTH SMITHFIELD, | : | |
| TOWN OF NORTH SMITHFIELD, and | : | |
| STEVEN E. REYNOLDS in his official | : | |
| capacity as Chief of the NORTH SMITHFIELD | : | |
| POLICE DEPARTMENT | : | |
| Defendants | : | |

PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Pursuant to F.R.C.P. 15(a)(2), Plaintiff hereby moves to amend the complaint in the form

attached as a Second Amended Verified Complaint.  Plaintiff relies upon the accompanying

memorandum in support of this motion.

Respectfully submitted,
**JASON RICHER**
By his attorneys,

/s/ Thomas W. Lyons
Thomas W. Lyons          #2946
Rhiannon S. Huffman      #8642
RHODE ISLAND AFFILIATE,
AMERICAN CIVIL LIBERTIES UNION
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com

## **CERTIFICATION**

I hereby certify that on January 6, 2016 a copy of the foregoing was filed and served
electronically on all registered CM/ECF users through the Court's electronic filing system and
served by email on Marc DeSisto, Esq., attorney for defendants. Parties may access this filing
through the Court's CM/ECF system.

/s/ Thomas W. Lyons