UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON RICHER,<br>      *Plaintiff*<br><br>v.<br><br>JASON PARMELEE, as the Finance Director of THE TOWN NORTH SMITHFIELD, TOWN OF NORTH SMITHFIELD, and STEVEN E. REYNOLDS, in his official capacity as Chief of the NORTH SMITHFIELD POLICE DEPARTMENT,<br>      *Defendants* | C.A. No.  15-162 |

## **ENTRY OF APPEARANCE**

I, Patrick K. Cunningham, Esq. (#4749), hereby enter my appearance on behalf of the defendants, Jason Parmelee, as Finance Director of the Town of North Smithfield, Town of North Smithfield, and Steven E. Reynolds, in his official capacity as Chief of the North Smithfield Police Department.

                                                             Defendants,
                                                             By their attorneys,

                                                             */s/ Patrick K. Cunningham*
                                                             Patrick K. Cunningham, Esq. (#4749)
                                                            DESISTO LAW
                                                            211 Angell Street
                                                            Providence, RI 02906
                                                           (401) 272-4442
                                                           (401) 272-9937 fax
                                                           patrick@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 29th day of January, 2016, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

    Thomas W. Lyons, Esq. #2946
    tlyons@straussfactor.com

    Rhiannon S. Huffman, Esq.
    rhuffman@straussfactor.com

    */s/ Patrick K. Cunningham*
    Patrick K. Cunningham