UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON A. RICHER,
    *Plaintiff,*

    v.                                                                                          C.A. No. 15-162-M

JASON PARMELEE, as the Finance
Director of THE TOWN OF NORTH
SMITHFIELD, THE TOWN OF NORTH
SMITHFIELD, and STEVEN E.
REYNOLDS in his official capacity
as Chief of the NORTH SMITHFIELD
POLICE DEPARTMENT,
    *Defendants.*

## DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY

Defendants respectfully petition the Court to file an extremely brief sur-reply to Plaintiff's supplemental reply filed on February 17, 2016.  See Docket #34.  In support of the motion, Defendants have attached the accompanying short memorandum of law.

                                                   Defendants,
                                                   By their attorneys,


                                                   */s/ Patrick K. Cunningham*
                                                   Patrick K. Cunningham, Esq. (#4749)
                                                   DESISTO LAW
                                                   211 Angell Street
                                                   Providence, RI 02906
                                                   (401) 272-4442
                                                   (401) 272-9937 fax
                                                   patrick@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 22nd day of February, 2016, and is available for viewing and downloading from the ECF system.

    Thomas W. Lyons, Esq. #2946
    tlyons@straussfactor.com

    Rhiannon S. Huffman, Esq.
    rhuffman@straussfactor.com


                                              */s/ Patrick K. Cunningham*
                                              Patrick K. Cunningham