UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON A. RICHER,<br>    Plaintiff<br><br>v.<br>JASON PARMELEE as the Finance Director of<br>THE TOWN OF NORTH SMITHFIELD,<br>TOWN OF NORTH SMITHFIELD, and<br>STEVEN E. REYNOLDS in his official<br>capacity as Chief of the NORTH SMITHFIELD<br>POLICE DEPARTMENT<br>    Defendants | :<br>:<br>:<br>:   C.A. No.  15-162<br>:<br>:<br>:<br>:<br>:<br>: |

PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO FILE A SUR-REPLY

Having now read Brownsburg Community School Corp. v. Natare Corp., 824 N.E.2d 336 (Ind. 2005), Plaintiff agrees with Defendants that it overturns Brownsburg Community School Corp. v. Natare Corp., 808 N.E. 2d 148 (Ind. Ct. App. 2004), which Plaintiff cited in his most recent memorandum.  Plaintiff's counsel regrets the error and apologizes to the Court and Defendants.

Having said that, Plaintiff submits that it is sufficient that the Court has been alerted to this error and can disregard the citation in his memorandum.  The issue does not require further briefing, especially considering that that Plaintiff filed his Motion for Partial Summary Judgment seven months ago and there have already been three rounds of memoranda filed respecting it.

                                                          Respectfully submitted,

                                                          /s/ Thomas W. Lyons
                                                          Thomas W. Lyons      #2946
                                                           Rhiannon S. Huffman, Esq.   #8642
                                                          RHODE ISLAND AFFILIATE,
                                                          AMERICAN CIVIL LIBERTIES UNION
                                                          Strauss, Factor, Laing & Lyons
                                                          One Davol Square, Suite 305
                                                          Providence, RI  02903

Date: February 23, 2016

(401) 456-0700
tlyons@straussfactor.com

### **CERTIFICATION**

    I hereby certify that on February 23, 2016, a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by email on Marc DeSisto, Esq., attorney for defendants. Parties may access this filing through the Court's CM/ECF system.

*/s/ Thomas W. Lyons*