UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON A. RICHER,<br>       Plaintiff | :<br>:<br>: |
| v. | :    C.A. No. 15-162 |
| | : |
| JASON PARMELEE as the Finance Director of<br>THE TOWN OF NORTH SMITHFIELD,<br>TOWN OF NORTH SMITHFIELD, and<br>STEVEN E. REYNOLDS in his official<br>capacity as Chief of the NORTH SMITHFIELD<br>POLICE DEPARTMENT<br>       Defendants | :<br>:<br>:<br>:<br>:<br>:<br>: |

PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO RESPOND TO
REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 37(a)(1), Plaintiff hereby moves for an order compelling Defendants to respond to requests for product served on Defendants on December 23, 2015. On January 29, 2016, the Court had entered a text order staying discovery "until the Court issues a decision on Plaintiff's Motion for Partial Summary Judgment." The Court issued that Decision on June 1, 2016. However, despite Plaintiff's June 13, 2016 request for discovery responses, Defendants have still not responded.

### Rule 37(a)(1) Certification

Plaintiff Jason A. Richer hereby certifies that he has conferred with opposing counsel in good faith in an effort to resolve the discovery differences raised in this Motion, without success.

                                                        Respectfully submitted,
                                                        **JASON RICHER**
                                                        By his attorneys,

                                                        */s/ Thomas W. Lyons*
                                                        Thomas W. Lyons        #2946
                                                         Rhiannon S. Huffman     #8642
                                                         RHODE ISLAND AFFILIATE,
                                                         AMERICAN CIVIL LIBERTIES UNION
                                                         Strauss, Factor, Laing & Lyons
                                                         One Davol Square, Suite 305
                                                         Providence, RI 02903
                                                         (401) 456-0700
                                                         tlyons@straussfactor.com

## CERTIFICATION

     I hereby certify that on July 18, 2016 a copy of the foregoing was filed and served electronically on all registered CM/ECF users through the Court's electronic filing system and served by email on Marc DeSisto, Esq., attorney for defendants. Parties may access this filing through the Court's CM/ECF system.

                                                                                   */s/ Thomas W. Lyons*