UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JASON RICHER,
    *Plaintiff*

v.       C.A. No. 15-162

JASON PARMELEE, as the Finance Director of THE TOWN NORTH SMITHFIELD, et al,
    *Defendants*

## STIPULATION FOR AN EXTENSION OF TIME

Plaintiffs and Defendants stipulate that, with regard to Plaintiff's Interrogatories addressed to Defendants Stephen Riccitelli, Russell Amato, Mark Bergeron, Gregory Landry, Glenn Lamoureux, and Tim Lafferty, all propounded on July 18, 2017, and currently due on August 17, 2017, each Defendant shall have an additional thirty (30) days, up to and including September 16, 2017, to provide answers, responses and/or objections.

Plaintiff,
By his Attorneys,

/s/Rhiannon Huffman
Rhiannon S. Huffman #8642
Thomas W. Lyons #2946
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
401-456-0700
rhuffman@straussfactor.com

Defendants,
By their Attorneys,

/s/ Marc DeSisto
Marc DeSisto, Esq.
DeSisto Law LLC
60 Ship St.
Providence, RI 02903
401-272-4442
marc@desistolaw.com

Dated: August 11, 2017