UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON A. RICHER, )<br>      Plaintiff, )<br>v. )<br> )<br>JASON PARMELEE as the Finance )<br>Director of the Town of North )<br>Smithfield, TOWN OF NORTH )<br>SMITHFIELD, and STEVEN E. )<br>REYNOLDS in his official capacity as )<br>Chief of the North Smithfield Police )<br>Department, )<br>      Defendants. )<br> ) | C. A. No. 15-162-M-PAS |

## JURY VERDICT FORM

1. Do you find that Jason Richer is entitled to compensatory damages?

    __X__ Yes     _____ No

*If you answered "Yes" to question 1, please proceed. If you answered "No" to question 1, your deliberations are complete.*

2. Please enter the amount of compensatory damages that you award Jason Richer:

    $ __20,000__

3. Do you award prejudgment interest to Jason Richer?

    _____ Yes     __X__ No

*If you answered "Yes" to question 3, please proceed to question 4. If you answered "No" to question 3, your deliberations are complete.*

4. Please enter the amount of prejudgment interest that you award Jason Richer:

    $ __-0-__

*Please sign and date the form below.*

__[signature]__                            __7.10.19__
Signature of Foreperson                      Date